IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TALIL LEWIS, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 13-4480 |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants. | : | |

**FILED OCT 0 9 2013**
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STIPULATION TO WITHDRAW SERVICE

IT IS HEREBY stipulated and agreed as follows:

1. Plaintiff, via waiver of service, served the City of Philadelphia and P/O Jeffrey Walker with a Complaint on August 7, 2013. Waivers of service were signed for these Defendants and returned to Plaintiff.

2. P/O Jeffrey Walker was not employed by the City of Philadelphia on August 7, 2013, and the acceptance of service on his behalf by employees of the City of Philadelphia was in error.

3. Plaintiff does voluntarily agree to withdraw service of the Complaint on P/O Jeffrey Walker, and will re-serve the Complaint on P/O Walker in accordance with the Federal Rules of Civil Procedure.

 s/ Armando Brigandi
Armando Brigandi
Divisional Deputy City Solicitor
City of Philadelphia Law Dept.
*Attorney for Defendants*

 s/ Brian J. Zeiger
Brian J. Zeiger, Esquire
*Attorney for Plaintiff*

APPROVED BY THE COURT:

_____ 10/9/13
PAUL S. DIAMOND, J.

**ENTERED**
OCT 09 2013
**CLERK OF COURT**